UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Luis V. G.,

    Petitioner,

v.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 26-00460 (MJD/EMB)

Pamela Bondi, et al.,

    Defendants.

Claire Glenn, Climate Defense Project, Counsel for Petitioner.

Ana H. Voss, Assistant United States Attorney, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elsa M. Bullard filed January 26, 2026. [Doc. 6.] Respondents have filed objections to the Report and Recommendation. Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Bullard.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation

of United States Magistrate Judge Elsa M. Bullard filed January 26, 2026. **[Doc. 6.]**

1. Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED as follows:**

    a. Respondents are ordered to **immediately return** Luis V.G. to the District of Minnesota if he has not yet been returned; and

    b. Respondents are ordered to **immediately release** Luis V.G. as soon as Luis V.G. is in Minnesota.

2. Respondents are ordered to notify the Court and opposing counsel within 24 hours of Petitioner's release to confirm that the release has occurred.

3. If Luis V.G. has not been returned to Minnesota as ordered, Respondents **must immediately** notify the Court of when he will be returned and released.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 31, 2026                     s/Michael J. Davis
                                             Michael J. Davis
                                             United States District Court