# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Patricio Velasquez Guasti,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-460 MJD/EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elsa M. Bullard filed January 26, 2026. **[Doc. 6.]**

1. Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED as follows:**
   a. Respondents are ordered to **immediately return** Luis V.G. to the District of Minnesota if he has not yet been returned; and
   b. Respondents are ordered to **immediately release** Luis V.G. as soon as Luis V.G. is in Minnesota.
2. Respondents are ordered to notify the Court and opposing counsel within 24 hours of Petitioner's release to confirm that the release has occurred.
3. If Luis V.G. has not been returned to Minnesota as ordered, Respondents **must immediately** notify the Court of when he will be returned and released.

Date: 1/31/2026

KATE M. FOGARTY, CLERK