**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Luis V.G.,

Petitioner,

v.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**
Civil File No. 26-00460 (MJD/EMB)

Pamela Bondi, et al.,

Defendants.

---

Claire Glenn, Climate Defense Project, Counsel for Petitioner.

David R. Hackworthy, Assistant United States Attorney, Counsel for Respondents.

---

On January 31, 2026, the Court granted Petitioner Luis V.G.'s Petition for Writ of Habeas Corpus. **[Doc. 8.]** As part of that Order, the parties were required to immediately release Petitioner Luis V.G. and notify the Court within 24 hours to confirm that the release occurred.

On February 4, 2026, the Respondents provided a status update informing the Court that Petitioner Luis V.G. was released on February 2, 2026. **[Doc. 14.]**

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. Petitioner Luis V.G.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**; and

2. Petitioner Luis V.G.'s Motion for an Order Directing Respondents to Show Cause **[Doc. 10]** is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 10, 2025

s/Michael J. Davis
Michael J. Davis
United States District Court