# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Patricio Velasquez Guasti

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00460-MJD-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Luis V.G.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice; and
2. Petitioner Luis V.G.'s Motion for an Order Directing Respondents to Show Cause [Doc. 10] is DENIED as moot.

Date: 2/10/2026

KATE M. FOGARTY, CLERK