# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Luis V.G., | Case No. 26-CV-00460 (MJD/EMB) |
| Petitioner, | |
| v. | **ORDER GRANTING DEADLINE EXTENSION REQUEST** |
| Pamela Bondi, et al., | |
| Respondents. | |

This matter comes before the Court on Respondents unopposed Letter (Doc. 21) requesting a 3-day extension to file their response to the habeas petition to March 8, 2026 at 9:00 PM.

Based upon all the files, records and proceedings in this matter, **IT IS HEREBY ORDERED** that the Letter Request **[Doc. 21]** is **GRANTED**.

Defendant's response will be due March 8, 2026 at 9:00 PM.

Dated:  March 6, 2026          s/Michael J. Davis
                             Michael J. Davis
                             United States District Court