# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Luis V.G.,

      Petitioner,

v.

Pamela Bondi, et al.,

      Defendants.

**ORDER DISMISSING
AMENDED PETITION FOR
WRIT OF HABEAS CORPUS**
Civil File No. 26-0460(MJD/EMB)

Claire Glenn, Climate Defense Project, Counsel for Petitioner.

David Hackworthy, David W. Fuller, Liles Harvey Repp, Trevor Brown,
Assistant United States Attorneys, Counsel for Respondents.

On January 31, 2026, the Court granted Petitioner Luis V.G.'s Petition for Writ of Habeas Corpus. **[Doc. 8.]** After receiving Respondents' update that Petitioner had been released from custody, this Court dismissed the case. **[Doc. 15.]**

On March 2, 2026, Petitioner filed an Amended Petition for Writ of Habeas Corpus followed by a Motion for an Order to Show Cause and to Reopen Judgment based on Petitioner's re-detention. **[Docs. 17, 18.]** This Court granted the Petitioner's Motion and required the Respondents to respond to Petitioner's Amended Petition. **[Doc. 19.]** Then, after granting Respondents' deadline

extension request, this Court received an update from Petitioner's counsel that Petitioner was released and Respondents had rescinded the conditions of release initially imposed on him. **[Doc. 26.]** Therefore, Petitioner's Amended Petition is now moot.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Luis V.G.'s Amended Petition for Writ of Habeas Corpus **[Doc. 17]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 23, 2026                s/Michael J. Davis
                                      Michael J. Davis
                                      United States District Court