# UNITED STATES DISTRICT COURT

## District of Minnesota

Luis Patricio Velasquez Guasti,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00460-MJD-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Petitioner Luis V.G.'s Amended Petition for Writ of Habeas Corpus [Doc. 17] is DISMISSED without prejudice.

Date: 3/24/2026

KATE M. FOGARTY, CLERK